**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

------------------------------------------------------------------------x

Johnny Morgan,

                                                                    Civil Action No:
                                                                    5:25-cv-960

                                        Plaintiff,


        -v.-

Equifax Information Services LLC;
American Honda Finance Corporation;


                                        Defendants.
------------------------------------------------------------------------x


### NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC


        Notice is hereby given that the Plaintiff and the Defendant, Equifax Information

Serrvices, LLC, have settled this matter.  The parties anticipate completing settlement documents

and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the

Court retain jurisdiction for these parties during said sixty (60) day period.


DATED, this 15th day of August 2025

                                                    */s/Yaakov Saks*
                                                    Yaakov Saks, Esq.
                                                    **Stein Saks, PLLC**
                                                    One University Plaza
                                                    Hackensack, NJ 07601
                                                    Phone: 201-282-6500
                                                    ysaks@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on August 15, 2025 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


*/s/ Yaakov Saks*
Yaakov Saks, Esq.